Richard H. Cooper, SBN 38536
Brandi I. Hamer, SBN 190503
KIRKPATRICK & LOCKHART LLP
Eighth Floor, East Tower
9100 Wilshire Boulevard
Beverly Hills, CA 90212-3480
(310) 273-1870 · Fax: (310) 274-8468

Of Counsel:

Neil S. Lang, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, NW
Second Floor
Washington, D.C. 20036-1800
(202) 778-9000· Fax: (202) 778-9100

Attorneys for Defendant
Ferris, Baker, Watts, Incorporated

FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE MUSICMAKER.COM, SECURITIES LITIGATION | Case No. CV-00-02018-CAS (MANx)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FERRIS, BAKER, WATTS, INCORPORATED TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>Assigned to the Honorable Christina A. Snyder |

ENTERED ON ICMS

SEP 19 2000

CV

42

LA-7431v2

RECYCLED PAPER

WHEREAS, Plaintiffs filed their Consolidated and Amended Class Action Complaint For Violation of the Federal Securities Laws ("Consolidated Complaint") on or about June 30, 2000, and

WHEREAS, Defendant Ferris, Baker, Watts, Incorporated was served with a copy of Summons and Consolidated Complaint on July 22, 2000, the Consolidated Complaint was the initial pleading served on said defendant, and the time within which said defendant may respond to the Consolidated Complaint expires on August 11, 2000, pursuant to prior stipulation between the parties, and

WHEREAS, Plaintiffs and other Defendants in the case have stipulated that said defendant, may have an extension until September 20, 2000, to respond to the Consolidated Complaint, and the Court has so ordered said extension to September 20, 2000, and Plaintiffs and Defendant Ferris, Baker, Watts, Incorporated have agreed that it is desirable for said defendant to have a similar extension to said date to coordinate all responsive pleadings and the hearings on responsive motions.

IT IS HEREBY STIPULATED, that Defendant Ferris, Baker, Watts, Incorporated may have to and including September 20, 2000, respond to respond to the Consolidated Complaint.

KIRKPATRICK & LOCKHART LLP


Date:    September 5, 2000          By: _____
                                        Richard H. Cooper
                                        Brandi I. Hamer
                                        Attorneys for Defendant
                                        Ferris, Baker, Watts,
                                        Incorporated


LAW OFFICES OF LIONEL Z. GLANCY


Date:    September 5, 2000          By: _____
                                        Lionel Z. Glancy
                                        Lead Counsel for Plantiff

LA-7431v2                                    2                          RECYCLED PAPER

IT IS HEREBY STIPULATED, that Defendant Ferris, Baker, Watts, Incorporated may have to and including September 20, 2000, respond to respond to the Consolidated Complaint.

KIRKPATRICK & LOCKHART LLP

Date:  September 5, 2000          By: _____
                                       Richard H. Cooper
                                       Brandi I. Hamer
                                       Attorneys for Defendant
                                       Ferris, Baker, Watts,
                                       Incorporated

LAW OFFICES OF LIONEL Z. GLANCY

Date:  September 5, 2000          By: _____
                                       Lionel Z. Glancy
                                       Lead Counsel for Plantiff

LA-7431v2                              2                          RECYCLED PAPER

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDER that:**

(a)  Defendant Ferris, Baker, Watts, Incorporated shall answer or otherwise respond to the Consolidated Amended Complaint on or before September 20, 2000;

(b)  Plaintiff's opposition to any motion responsive to the Consolidated Amended Complaint shall be filed on or before November 21, 2000.

(c)  Defendants' reply brief in support of any responsive pleading shall be filed on or before December 21, 2000; and,

(d)  The hearing shall take place on January 29, 2001, at 10:00 a.m.

Dated: _9-7-00_____     _Christina A. Snyder_____

Christina A. Snyder
United States District Judge